## RIVETTE *v.* BERGERON, Tutor.

Where the record shows no petition or motion for an appeal, nor any order of appeal, the appeal must be dismissed on a motion to that effect.

APPEAL from the Court of Probates of St. Martin, *Briant,* J. *De Blanc* and *Magill,* for the plaintiff. *I. E. Morse,* and *Nicholls,* for the appellant. The judgment of the court was pronounced by

SLIDELL, J. In this case there is no petition or motion for appeal, nor order of appeal. The motion to dismiss must prevail.

*Appeal dismissed.*